UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

    Plaintiff,

v.

                                      Case No.: 21-cv-893

GENTLEMEN'S QUALITY FASHIONS LLC,
d/b/a GQ FASHIONS TAMPA,

    Defendant.
_____/

**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT
WITH PERMANENT INJUNCTIVE RELIEF REQUESTED**

    Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast ("Plaintiff") and Defendant Gentlemen's Quality Fashions LLC, d/b/a GQ Fashions Tampa ("Defendant") have entered into a settlement agreement to resolve the claims between them in the above-captioned litigation. Pursuant to their settlement agreement, the parties jointly move the Court for entry of their proposed Consent Final Judgment and Permanent Injunction, which is attached.

| | |
|---|---|
| Dated: July 16, 2021 | Respectfully submitted, |

/s/ Curran K. Porto
Curran K. Porto, Esq.
Curran K. Porto, P.A.
410 S. Ware Boulevard, #105
Tampa, FL 33619
curran@southernelderlaw.com

*Attorneys for Defendant*

/s/ Michael A. Kolcun
Eric J. Partlow
Florida Bar No. 556531
Primary: Eric.Partlow@arlaw.com
Secondary: Ann.Jones@arlaw.com

Michael A. Kolcun
Florida Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com

ADAMS AND REESE LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Plaintiff*